NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Esperanza Cervantes Anderson (SBN 197953)
Law Office of Esperanza Cervantes Anderson
1037 North Allen Avenue
Pasadena, California 91104
Tel.: (626) 486-2477
Fax: (626) 389-8911

ATTORNEY(S) FOR: Plaintiff David Lillie

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DAVID LILLIE, | CASE NUMBER: 2:17-cv-2538 |
|---|---|
| Plaintiff(s), | |
| v. | |
| MANTECH INT.'L CORP., a Delaware Corporation, and DOES 1 - 20, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                   Plaintiff David Lillie
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| David Lillie | Plaintiff |
| Mantech International Corporation | Defendant |

3/29/17

Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff David Lillie

CV-30 (05/13)                              NOTICE OF INTERESTED PARTIES