Esperanza Cervantes Anderson | SBN 197953
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 N. Allen Avenue
Pasadena, California 91104
Tel.: (626) 219-6773
Fax: (626) 389-8911
email: esperanza@andersonlitigation.com

Former Attorney for Plaintiff
DAVID LILLIE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LILLIE,<br><br>    *Plaintiff*,<br><br>v.<br><br>MANTECH INT'L., a Delaware Corporation, and DOES 1 through 20,<br><br>    *Defendants*. | Case No. 2:17-cv-2538-CAS (SSx)<br><br>**NOTICE OF LIEN** |

TO ALL PARTIES AND TO THEIR COUNSEL, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:

PLEASE TAKE NOTICE that the Law Office of Esperanza Cervantes Anderson ("ECA Law") was formerly counsel of record for Plaintiff David Lillie in the above-captioned matter, but has been relieved as counsel of record by Court order dated December 14, 2017 (Docket No. 27).

PLEASE TAKE FURTHER NOTICE that, in accordance with the terms of the

written fee agreement between ECA Law and Plaintiff, ECA Law has and claims a lien ahead of all others on Plaintiff David Lillie's claims and causes of action asserted herein, and on any judgment rendered in favor of Plaintiff in this action, to secure payment for legal services rendered and costs and expenses advanced on behalf of Plaintiff.

DATED: Feb. 20, 2018.    LAW OFFICE OF ESPERANZA CERVANTES ANDERSON

By: /s/ Esperanza Cervantes Anderson
Esperanza Cervantes Anderson, Esq.
Attorney for Plaintiff
DAVID LILLIE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action, and my business address is Law Office of Esperanza Cervantes Anderson, 1037 N. Allen Avenue, Pasadena, California 91104 (the "business").

On February 20, 2018, I served the following document(s): **NOTICE OF LIEN** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**ATTACHED SERVICE LIST**

_____ BY REGULAR U.S. MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Pasadena, California.

\_X\_ BY E-MAIL: A true and complete copy of the document(s) described above was automatically served by electronic mail to ecook@littler.com, jilee@littler.com and andavis@littler.com and jaune@aunelaw.com.

_____ BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE: I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

_____ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the above address(es).

_____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

\_X\_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 20, 2018 at Pasadena, California.

By: /s/ Esperanza Cervantes Anderson
Esperanza Cervantes Anderson

- 3 -

NOTICE OF LIEN

# SERVICE LIST

Eric A. Cook, Esq.
Littler Mendelson, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067-3107
ecook@littler.com
Jilee@littler.com

Alison N. Davis, Esq. (*Pro Hac Vice*)
Littler Mendelson, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, D.C. 20006-4046
andavis@littler.com

Jan T. Aune
Law Office of Jan T. Aune
444 E. Huntington Drive, Suite 325
Arcadia, California 91006
jaune@aunelaw.com

LAW OFFICE OF ESPERANZA CERVANTES ANDERSON
PASADENA, CALIFORNIA

- 4 -

NOTICE OF LIEN