JAN T. AUNE (SBN: 236604)
jaune@aunelaw.com
THE LAW OFFICE OF JAN T. AUNE
444 East Huntington Drive Suite 325
Arcadia, California 91006
Telephone: (818) 238-7483
Facsimile: (626) 226-5677

Attorneys for Plaintiff
DAVID LILLIE

JINA LEE, Bar No. 263384
JIlee@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

ALISON N. DAVIS *(Pro Hac Vice)*
andavis@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
Telephone: 202.842.3400
Facsimile: 202.842.0011

Attorneys for Defendant
MANTECH INTERNATIONAL CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LILLIE,<br><br>Plaintiff,<br><br>v.<br><br>MANTECH INT'L. CORP., et al.,<br><br>Defendants. | Case No. 2:17-CV-02538-CAS-SS<br>*[ASSIGNED TO JUDGE CHRISTINA A. SNYDER, CRTROOM 8D]*<br><br>**JOINT EXHIBIT LIST**<br><br>**Date:** October 22, 2018<br>**Time:** 11:00 a.m.<br>**Courtroom: 8D** |

1

JOINT EXHIBIT LIST

Plaintiff David Lillie ("Plaintiff" or "Lillie") and Defendant ManTech International Corporation ("Defendant" or "ManTech") submit the following Exhibit List to be used at the trial set to begin on November 13, 2018, at 9:30a.m., before the Honorable Christina A. Snyder, in Courtroom 8D of the United States District Court, Central District of California, at 350 W. First Street, Los Angeles, CA 90012.

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | First Amended Complaint for Damages/Demand for Jury Trial [Lillie Depo. Exh. 1] | | |
| 2. | August 7, 2014 Email string including David Lillie ("Lillie"), Chau Brown ("Brown"), Wally Chase ("Chase"), and others, Subject: FW: Insight HEPS WCA [David Lillie Deposition ("Lillie Depo.") Exh. 2] | | |
| 3. | September 1, 2014 Email string including Lillie, Brown, and Ernest Fierheller ("Fierheller"), Subject: JUNO HEPS mac files [Lillie Depo. Exh. 3] | | |
| 4. | October 8, 2014 email from Lillie to Erik Berg ("Berg"), Subject: IOM 5131-14-194 (manager needs to get involved) [Lillie Depo. Exh. 4] | | |
| 5. | September 30, 2014 Email string including Lillie, Brown, and Fierheller, Subject: Re: Footer and other fixes [Lillie Depo. Exh. 5] | | |
| 6. | September 29, 2014 Email string including Lillie, Brown, and Fierheller, Subject: Re: Footer and other fixes [Lillie Depo. Exh. 6] | | |

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

2
JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 7. | October 6, 2014 Email string including Lillie, Brown, and Fierheller, Subject: Re: My IoM Release schedule [Lillie Depo. Exh. 7] | | | |
| 8. | October 7, 2014 Email string including Lillie, Brown, and Fierheller, Subject: Re: My IoM Release schedule [Lillie Depo. Exh. 8] | | | |
| 9. | October 7, 2014 Email string including Lillie, Brown, and Fierheller, Subject: Re: My IoM Release schedule [Lillie Depo. Exh. 9] | | | |
| 10. | May 6, 2015 Letter from Bonnie J. Cook ("Cook") to Lillie [Lillie Depo. Exh. 10] | | | |
| 11. | August 11, 2014 Email string including Lillie, Brown, Ray Perez ("Perez"), and others, Subject: RE: WCA MathCad source Files [Lillie Depo. Exh. 11] | | | |
| 12. | August 11, 2014 Email string including Lillie, Brown, Perez, and others, Subject: RE: WCA MathCad source Files [Lillie Depo. Exh. 12] | | | |
| 13. | September 1, 2014 Email string including Lillie, Brown, and Fierheller, Subject: JUNO HEPS mac files [Erik Deposition ("Berg Depo.") Exh. 13] | | | |
| 14. | [Intentionally left blank.] | | | |
| 15. | [Intentionally left blank.] | | | |
| 16. | October 8, 2014 email string including Lillie and Berg, Subject: IOM 5131-14-194 (manager needs to get involved) [Berg Depo. Exh. 16] | | | |
| 17. | January 16, 2015 email string including Chau, | | | |

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

3
JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | Berg, and others Subject: Re: Insight delta FEMECA holes – need to plug [Berg Depo. Exh. 17] | | |
| | 18. | January 21, 2015 email from John Klohoker ("Klohoker") to Berg, Subject: Re: David Lillie [Berg Depo. Exh. 18] | | |
| | 19. | December 8, 2014 email string including Klohoker, Perez, Berg, and others, Subject: Re: Insight Payload DADs [Berg Depo. Exh. 19] | | |
| | 20. | December 9, 2014 email string including Hui-Yin Shaw ("Shaw"), Lillie, and others Subject: DAD 3883 [Berg Depo. Exh. 20] | | |
| | 21. | December 9, 2014 email between Lillie and Jim Hale ("Hale"), Subject: DAD 3958 & 3883 [Berg Depo. Exh. 21] | | |
| | 22. | [Intentionally left blank.] | | |
| | 23. | December 18, 2014 email string between Berg, Robin Folsom ("Folsom"), and others, Subject: FW: InSight Stop Work [Berg Depo. Exh. 23] | | |
| | 24. | [Intentionally left blank.] | | |
| | 25. | Kaiser Permanente Records re: Lillie August 1, 2017 visit with Leslie Daughtery [Leslie Daughtery Deposition ("Daughtery Depo.") Exh. 25] | | |
| | 26. | [Intentionally left blank.] | | |
| | 27. | * Richard Fettig ("Fettig") Resume [Richard Fettig Deposition ("Fettig Depo.") Exh. 27] | | |

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

4
JOINT EXHIBIT LIST

| | | |
|---|---|---|
| 28. | * Fettig / Lockheed Martin NDA [Fettig Depo. Exh. 28] | |
| 29. | * July 31, 2014 email string between Fettig and James Bradley, Re: Non-Disclosure Agreement for InSight Program [Fettig Depo. Exh. 29] | |
| 30. | * May 10, 2018 email string between Fettig and Jan Aune ("Aune"), Re: Lillie v. ManTech – Declaration re Case Facts [Fettig Depo. Exh. 30] | |
| 31. | * June 15, 2018 email string between Fettig and Aune, Re: NDA Expert - Lillie v. ManTech [Fettig Depo. Exh. 31] | |
| 32. | * Defendant's Requests for Production to Fettig [Fettig Depo Exh. 26] | |
| 33. | * Documents Produced by Fettig in Response to Defendant's Requests for Production [Fettig Production] | |
| 34. | Kaiser Permanente Records re: Lillie February 6, 2017 phone call with Maria Luisa Madera-Guiseppe [Kaiser Production Page 3896 – 3904] | |
| 35. | Kaiser Permanente Records re: Lillie February 21, 2017 visit with Maria Luisa Madera-Guiseppe [Kaiser Production Page 3905 - 3928] | |
| 36. | Declaration of Erik Berg In Support of Defendant's Motion for Summary Judgment [Dkt. 47-1] | |
| 37. | Declaration of Robin Folsom In Support of Defendant's Motion for Summary Judgment [Dkt. | |

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

5
JOINT EXHIBIT LIST

| | | |  |  |
|---|---|---|---|---|
| | | 47-2] | | |
| | 38. | Declaration of Flora Lewis In Support of Defendant's Reply In Support of Motion for Summary Judgment [Dkt. 55-3] | | |
| | 39. | Plaintiff's Supplemental Responses to Defendant's Interrogatories (Set One) | | |
| | 40. | Report of Mark A. Kalish, M.D. | | |
| | 41. | Supplemental Report of Mark A. Kalish, M.D. | | |
| | 42. | * Documents Produced by Kaiser in Response to Defendant's Subpoena on April 27, 2018 [Kaiser Production 000001-002564] | | |
| | 43. | * Documents Produced by Kaiser in Response to Defendant's Subpoena on July 27, 2018 [Kaiser Production Page 1 – Page 4196] | | |
| | 44. | January 23, 2015 email from Berg to Lillie, Subject: status change options [Plaintiff's Production] | | |
| | 45. | January 25, 2015 email string between Lillie, Carrie Lam, and Enrique Robles, Subject: Case worker issue [Plaintiff's production] | | |
| | 46. | DLSE Retaliation Complaint [Plaintiff's Production] | | |
| | 47. | Plaintiff's NASA Initial Complaint & Questionnaire for Whistleblowers, Attachment E, Attachment C [Plaintiff's Production] | | |
| | 48. | Jet Propulsion Laboratory ("JPL")/ManTech Reliability Engineering Support Services Contract | | |

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

6
JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | ("RESS Contract") – Cover Page, Contents [ManTech/Lillie 001327-1329] | | |
| | 49. | RESS Contract - Preamble [ManTech/Lillie 001330] | | |
| | 50. | RESS Contract - Article 1 – Statement of Work And Delivery/Milestone Schedule [ManTech/Lillie 001331-1336] | | |
| | 51. | RESS Contract – Section 3.0 Security or Privacy Safeguard [ManTech/Lillie 001295] | | |
| | 52. | RESS Contract – Access to Sensitive Information [ManTech/Lillie 001296-001297] | | |
| | 53. | RESS Contract – Changes – Labor-Hour/Time-And-Material [ManTech/Lillie 001298] | | |
| | 54. | RESS Contract – Data Removal From Computers And Electronic Devices [ManTech/Lillie 001299-1300] | | |
| | 55. | RESS Contract – Rights In Data - General [ManTech/Lillie 001301-1306] | | |
| | 56. | RESS Contract – Rights in Technical Proposal Data / Selection of Personnel [ManTech/Lillie 001306] | | |
| | 57. | RESS Contract - Termination [ManTech/Lillie 001307-1310] | | |
| | 58. | RESS Contract – Transfer of Technical Data Under Space Station International Agreements [ManTech/Lillie 001311] | | |
| | 59. | RESS Contract – Security Requirements for | | |

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

7

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | Unclassified Information Technology Resources and Access to JPL Controlled Facilities [ManTech/Lillie 001312-1313] | | |
| | 60. | RESS Contract – New Technology [ManTech/Lillie 001314-1318] | | |
| | 61. | February 1, 2007 Offer Letter [ManTech/Lillie 000082] | | |
| | 62. | February 1, 2007 Letter to Jet Propulsion Laboratory [ManTech/Lillie 000090-91] | | |
| | 63. | September 21, 2008 Confidentiality, Inventions and Non-Solicitation Agreement [ManTech/Lillie 000050-55] | | |
| | 64. | July 7, 2009 ManTech Employee Action Report – Job Details ("EAR") [ManTech/Lillie 000042] | | |
| | 65. | March 28, 2011 Letter to Lillie [ManTech/Lillie 000031-32] | | |
| | 66. | April 11, 2011 Out-Processing Verification [ManTech/Lillie 000024-25] | | |
| | 67. | April 27, 2011 EAR [ManTech/Lillie 000033] | | |
| | 68. | April 11, 2011 Personnel Action Worksheet ("PAW") [ManTech/Lillie 000027-30] | | |
| | 69. | January 19, 2012 Reliability Engineer Analyst – Senior Engineer II Requisition [ManTech/Lillie 000077-81] | | |
| | 70. | January 23, 2012 Reliability Engineer Analyst Requisition [ManTech/Lillie 000108-114] | | |
| | 71. | January 23, 2012 Offer Letter [ManTech/Lillie | | |

8
JOINT EXHIBIT LIST

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

| | | | | |
|---|---|---|---|---|
| | | 000068-70] | | |
| | 72. | January 25, 2012 Confidentiality, Inventions and Non-Solicitation Agreement [ManTech/Lillie 000071-76] | | |
| | 73. | January 25, 2012 Acknowledgement of Receipt and Understanding of ManTech's Information Technology Use Policy[ManTech/Lillie 000020] | | |
| | 74. | October 1, 2012 PAW [ManTech/Lillie 000004-7] | | |
| | 75. | October 1, 2012 EAR [ManTech/Lillie 000008] | | |
| | 76. | October 6, 2012  Letter to Lillie from Berg [ManTech/Lillie 000009] | | |
| | 77. | October 1, 2012  Letter to Lillie from Berg [ManTech/Lillie 000012] | | |
| | 78. | October 15, 2012 Out-Processing Verification [ManTech/Lillie 000010-11] | | |
| | 79. | July 18, 2014 Reliability Engineer Analyst Requisition [ManTech/Lillie 000092-98] | | |
| | 80. | July 21, 2014 Offer Letter [ManTech/Lillie 000002-3] | | |
| | 81. | July 24, 2014 Confidentiality, Inventions and Non-Solicitation Agreement [ManTech/Lillie 000844-849] | | |
| | 82. | October 16, 2014 Email trail between Berg, Klohoker, and others, Subject: Bowers/Hale out of work [ManTech/Lillie 000734] | | |
| | 83. | October 16, 2014 email trail between Berg and | | |

9
JOINT EXHIBIT LIST

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

| | | | | |
|---|---|---|---|---|
| | | Lillie, Subject: Stop Work [ManTech/Lillie 000735] | | |
| | 84. | October 21, 2014 Email trail between Berg, Nicholas Talyor, and others, Subject: GRACE-FO review information [ManTech/Lillie 000732-733] | | |
| | 85. | October 24, 2014 Email trail between Berg, Klohoker, and others, Subject: Available Work [ManTech/Lillie 000731] | | |
| | 86. | November 14, 2014 PAW [ManTech/Lillie 001320-1321] | | |
| | 87. | November 14, 2014 Letter to Lillie [ManTech/Lillie 001322] | | |
| | 88. | December 18, 2014 Email trail between Berg, Folsom, and others, Subject: InSight Stop Work [ManTech/Lillie 001319] | | |
| | 89. | December 19, 2014 PAW [ManTech/Lillie 001323-1324] | | |
| | 90. | 2006 ManTech Handling Proprietary Information and Restricted Information Policy [ManTech/Lillie 000122-124] | | |
| | 91. | 2011 ManTech Handling Proprietary Information and Restricted Information Policy [ManTech/Lillie 000119-121] | | |
| | 92. | 2012 ManTech Handling Proprietary Information and Restricted Information Policy [ManTech/Lillie 000125-129] | | |

| | | | | |
|---|---|---|---|---|
| 93. | 2013 Equal Employment Opportunity/Non-Discrimination & Non-Harassment Policy [ManTech/Lillie 000151-154] | | | |
| 94. | 2006 Standards of Ethics and Business Conduct Policy [ManTech/Lillie 000168-192] | | | |
| 95. | 2007 Standards of Ethics and Business Conduct Policy [ManTech/Lillie 000193-208] | | | |
| 96. | 2009 Standards of Ethics and Business Conduct Policy [ManTech/Lillie 000209-225] | | | |
| 97. | 2010 Standards of Ethics and Business Conduct Policy [ManTech/Lillie 000226-242] | | | |
| 98. | 2011 Standards of Ethics and Business Conduct Policy [ManTech/Lillie 000243-261] | | | |
| 99. | 2012 Standards of Ethics and Business Conduct Policy [ManTech/Lillie 000262-278] | | | |
| 100. | 2013 Standards of Ethics and Business Conduct Policy [ManTech/Lillie 000706-722] | | | |
| 101. | 2014 Standards of Ethics and Business Conduct Policy [ManTech/Lillie 000279-298] | | | |
| 102. | 2015 Standards of Ethics and Business Conduct Policy [ManTech/Lillie 000299-318] | | | |
| 103. | Leave of Absence Policy [ManTech/Lillie 000408-412] | | | |
| 104. | Separation Process [ManTech/Lillie 000399-402] | | | |
| 105. | January 20, 2015 Email trail between Berg and Cassie Phongphouthai ("Phongphouthai"), Subject: Lillie [ManTech/Lillie 000747] | | | |

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

11
JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 106. | January 16, 2015 Email trail between Berg, Brown, and others, Subject: InSight detla FEMECA holes – need to plug [ManTech/Lillie 000745-746] | | | |
| 107. | January 21, 2015 Email trail between David Lopez, Lillie, Berg, and others, Subject: DAD 004088 [ManTech/Lillie 000748] | | | |
| 108. | January 21, 2015 Email trail between Phongphoutahi, Berg, and others, Subject: DAD 004088 [ManTech/Lillie 000749-750] | | | |
| 109. | January 21, 2015 Email trail between Berg and Phongphouthai, Subject: David Lillie [ManTech/Lillie 000751-752] | | | |
| 110. | January 22, 2015 Email trail between Berg, Phongphouthai, and others Subject: David Lillie [ManTech/Lillie 000753-755] | | | |
| 111. | January 23, 2015 Email to Berg and Folsom from Phongphouthai, Subject: David Lillie [ManTech/Lillie 000756-758] | | | |
| 112. | January 23, 2015 Email trail between Berg, Folsom, and Phongphouthai, Subject: David Lillie [ManTech/Lillie 000759-760] | | | |
| 113. | January 23, 015 PAW [ManTech/Lillie 001325-1326] | | | |
| 114. | January 26, 2015 Emails from Folsom to Berg, Subject: Lillie Update [ManTech/Lillie 000725-726] | | | |

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

| | | | |
|---|---|---|---|
| 115. | January 30, 2015 Findings and Recommendations [ManTech/Lillie 000898-899] | | |
| 116. | February 13, 2015 Email trail between Berg and Folsom, Subject: Lillie Badge [ManTech/Lillie 000736-737] | | |
| 117. | February 13, 2015 Email trail between Berg, Folsom, and others, Subject: Separation Notification for David D Lillie [ManTech/Lillie 000738-740] | | |
| 118. | February 13, 2015 Email from Folsom to Lillie and others, Subject: Fed-ex label [ManTech/Lillie 000741] | | |
| 119. | March 24, 2016 Email trail between Phongphouthai, Berg, and others, Subject: emails from Lillie [ManTech/Lillie 000859-863] | | |
| 120. | April 16, 2015 Email trail between Kaye Gerron, Berg, and others, Subject: Call with Mai [ManTech/Lillie 000761-764] | | |
| 121. | April 16, 2015 Email trail between Nerman Syed ("Syed"), Berg, and others, Subject: Call with Mai [ManTech/Lillie 000765-772] | | |
| 122. | April 13-15, 2015 Email trail between Syed, Berg, and others, Subject: Data Breach on JPL Subcontract Number 1384568 [ManTech/Lillie 000773-774] | | |
| 123. | April 13-14, 2015 Email trail between Syed, Berg, and others, Subject: Data Breach on JPL | | |

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

| | | | | |
|---|---|---|---|---|
| | | Subcontract Number 1384568 [ManTech/Lillie 000775-778] | | |
| | 124. | April 13-14, 2015 Email trail between Syed, Cook, Richard Fisne, Berg, and others, Subject: Data Breach on JPL Subcontract Number 1384568 [ManTech/Lillie 000779-786] | | |
| | 125. | April 21, 2015 Email trail between Syed, Cook, and others, Subject: JPL next steps [ManTech/Lillie 000836-837] | | |
| | 126. | April 23, 2015 EAR [ManTech/Lillie 0001337] | | |
| | 127. | April 24, 2015 Email trail between Cook, Syed, Berg, and others, Subject: notes from JPL data breach discussion [ManTech/Lillie 000803-805] | | |
| | 128. | April 24, 2015 Email trail between Cook, Syed, Berg, and others, Subject: notes from JPL data breach discussion [ManTech/Lillie 000806-809] | | |
| | 129. | April 24, 2015 Email trail between Cook, Syed, Berg, and others, Subject: notes from JPL data breach discussion [ManTech/Lillie 000811-813] | | |
| | 130. | May 27, 2015 Email trail between Syed, Berg, and others, Subject: ManTech Response Letter [ManTech/Lillie 000792-794] | | |
| | 131. | April 24, 2015 Email between Syed, Berg, and others, Subject: ManTech Response Letter, and April 24, 2015 letter [ManTech/Lillie 000801-802] | | |
| | 132. | June 11, 2015 Email trail between Syed, Berg, | | |

14
JOINT EXHIBIT LIST

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

| | | | | |
|---|---|---|---|---|
| | | and others, Subject: Availability Request [ManTech/Lillie 000838-850] | | |
| | 133. | June 11, 2015 Email trail between Syed, Berg, and others, Subject: Availability Request [ManTech/Lillie 000851-853] | | |
| | 134. | August 30, 2016 Email trail between Berg, Syed, Christian, and others, Subject: David Lillie [ManTech/Lillie 000727-728] | | |
| | 135. | Lillie Pay Stubs [ManTech/Lillie 001001-1110] | | |
| | 136. | November 20, 2014 email from Linda Facto to John Klohoker and David Lille. Subject: Document in PDMS for LM and SM subcontractors. | | |
| | 137. | September 1, 2014 email from Erneset Fierheller to David Lillie. Subject: JUNO HEPS mac files. | | |
| | 138. | November 20, 2014 email from Davide Lillie Erik Berg.  Subject: Accepted: Insight DADs discussion. | | |
| | 139. | November 20, 2014 email from David Lillie to John Klohoker and attachments.  Subject: Insight DAD Closure talking points. | | |
| | 140. | December 2, 2014 email from David Lillie to Erik Berg. Subject: Erik's Office. | | |
| | 141. | December 9, 2014 email from David Lillie to Serena Jeffries. Subject: RE: REMINDER: 5131 Group Meeting Today. | | |
| | 142. | December 18, 2014 email string from beginning | | |

JOINT EXHIBIT LIST

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

| | | |  |  |
|---|---|---|---|---|
| | | with email from John Klohoker to Erik Berg. Subject: Discussion regarding stop work for David Lillie and Jim Hale. [ManTech/Lillie1319] | | |
| | 143. | January 21, 2015 email from John Klohoker to Erik Berg. Subject: Re: David Lillie [ManTech/Lillie 000751] | | |
| | 144. | January 22, 2015 email string begin with email from Cassie Phongphouthai to David Eldson. Subject: David Lillie [ManTech/Lillie 000753] | | |

Dated: October 1, 2018   THE LAW OFFICE OF JAN T. AUNE

 */s/ Jan T. Aune*
JAN T. AUNE
Attorney for Plaintiff
DAVID LILLIE

Dated: October 1, 2018   LITTLER MENDELSON, P.C.

 */s/ Jina Lee*
ALISON N. DAVIS
JINA LEE
Attorneys for Defendant
MANTECH INTERNATIONAL CORP.

I, Jina Lee, am the ECF User whose identification and password are being used to file this Stipulated Protective Order. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Plaintiff's counsel concurred in this filing's content and has authorized the filing.

BY: */s/ Jina Lee*
JINA LEE

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300