JS-6  'O'

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LILLIE, <br><br> Plaintiff, <br><br> v. <br><br> MANTECH INT'L. CORP., et al., <br><br> Defendants. | Case No. 2:17-CV-02538-CAS-SSx <br><br> ASSIGNED TO THE HONORABLE JUDGE CHRISTINA A. SNYDER <br><br> [~~PROPOSED~~] **JUDGMENT ON SPECIAL VERDICT** |

The claims for retaliation in violation of the False Claims Act (31 U.S.C. § 3730(h)), the Defense Contractors Whistleblower Protection Act (10 U.S.C. § 2409), and California Labor Code Section 1102.5 of Plaintiff DAVID LILLIE ("Plaintiff") against Defendant MANTECH INTERNATIONAL CORP. ("Defendant"), came on regularly for trial on February 19, 2019.

A jury of eight (8) persons was accepted, regularly impaneled, sworn and agreed to try said cause. All witnesses presented by the Plaintiff and Defendant were sworn and examined.

After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a special verdict. On February 28, 2019, the jury returned into Court with its special verdict, finding for Plaintiff on all causes of action.

LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

Plaintiff was awarded: past lost earnings in the amount of $521,983.00; future lost earnings in the amount of $339,828.00; past emotional distress damages in the amount of $321,875.00; and future emotional distress damages in the amount of $321,875.00. Plaintiff was awarded a total of $1,505,561.00.

Plaintiff reserves the right to any relief awarded by the Court as provided for under the False Claims Act, the Defense Contractors Whistleblower Protection Act, and California Labor Code section 1102.5, and Federal Rules of Civil Procedure Rule 54, which may be added to this judgment.

The jury was unable to come to agreement as to whether punitive damages were warranted in this matter.

It is therefore, ORDERED that judgment be and is hereby awarded in favor of Plaintiff in the sum of $1,505,561.00 with interest thereon, from February 28, 2019, until paid, at a rate equal to the weekly average 1-year constant maturity Treasury yield for the week preceding the date that the Court enters its final judgment.

DATED: April 8, 2019

Hon. Christina A. Snyder
UNITED STATES DISTRICT COURT JUDGE