1  JAN T. AUNE (SBN 236604)
   jaune@aunelaw.com
2  **THE LAW OFFICE OF JAN T. AUNE**
   444 East Huntington Dr., Ste. 325
3  Arcadia, CA 91006
   Tel.:  (626) 461-5742
4  Fax:   (626) 226-5677

5  Attorney for Plaintiff
   DAVID LILLIE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LILLIE, an individual<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>MANTECH INT'L., CORP., a Delaware corporation dba, and DOES 1 through 20,<br><br>　　　　*Defendants.* | Case No. 2:17-cv-02538 CAS (SSx)<br><br>**PLAINTIFF DAVID LILLIE'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JAN T. AUNE; DECLARATION OF ESPERANZA CERVANTES ANDERSON; [PROPOSED] ORDER**<br><br>Date:　　　　June 17, 2019<br>Time:　　　　10:0 a.m.<br>Courtroom:　8D<br><br>FAC Filed:　　June 16, 2017<br><br>Trial Date:　　February 12, 2019 |

TO DEFENDANT MANTECH INTERNATIONAL CORPORATION AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on June 17, 2019, at 10:0 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8D, 8th Floor, of the above entitled Court located at 350 W. First Street, Los Angeles, CA 90012, the Honorable Christina A. Snyder presiding, Plaintiff David Lillie ("Plaintiff") will and herby does

- 1 -

move this Court pursuant to the Federal False Claims Act, 31 U.S.C. § 3230(h) National Defense Authorization Act, 10 U.S.C. § 2409 ("DCWPA"), and California Labor Code Section 1102.5 to award Plaintiff Attorney's Fees ("Motion").

Plaintiff has a right to, and by way of this motion is seeking, attorney's fees for his claims under (1) "whistleblower protection" provision of the Federal False Claims Act, 31 U.S.C. § 3230(h) ("FCA"); "whistleblower protection" provision of the National Defense Authorization Act, 10 U.S.C. § 2409 ("DCWPA"); the "whistleblower protection" provision under California Labor Code Section 1102.5 ("Lab. C. Section 1102.5").

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed currently herewith, the Declarations of Jan T. Aune and Esperanza Cervantes Anderson, and all Exhibits attached thereto, in support of the Motion, all pleadings, records and papers on file in this action, and upon such other further evidence and argument as may be presented at or before the time of the hearing.

The motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on or about April 23, 26, 29, 2019. *See* Declaration of Jan T. Aune, at ¶ 3, 4, 5, 6, Exhs. A, B, C, D.

May 6, 2019                          THE LAW OFFICE OF JAN T. AUNE

                                       BY: /s/ Jan T. Aune
                                            JAN T. AUNE
                                            Attorney for Plaintiff
                                            DAVID LILLIE