Name: Jan T. Aune, Esq.
Address: 444 E. Huntington Dr., Ste. 326
City, State, Zip: Arcadia, CA 91006
Phone: 818.238.7483
Fax: 626.2265677
E-Mail: jaune@aunelaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID LILLIE

PLAINTIFF(S),

v.

MANTECH INT'L CORP., a Delaware Corporation

DEFENDANT(S).

CASE NUMBER:

2:17-cv-02538-CAS-SSx

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Plaintiff David Lillie_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   All Orders in Docket Entry 212.

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____July 26, 2019_____. Entered on the docket in this action on July 26, 2019_____.

A copy of said judgment or order is attached hereto.

July 30, 2019
Date

/s/ Jan T. Aune
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                            NOTICE OF APPEAL

JAN T. AUNE (SBN 236604)
jaune@aunelaw.com
THE LAW OFFICE OF JAN T. AUNE
444 East Huntington Dr., Ste. 325
Arcadia, CA 91006
Tel.:  (626) 461-5742
Fax:  (626) 226-5677

Attorney for Plaintiff
DAVID LILLIE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LILLIE, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANTECH INT'L., CORP., a Delaware corporation dba, and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. 2:17-cv-02538 CAS (SSx)<br><br>**ATTACHMENT TO PLAINTIFF'S NOTICE OF APPEAL**<br><br>FAC Filed:　　　June 16, 2017 |

I.  **NAMES AND ADDRESSES OF THE ATTORNEYS FOR EACH PARTY**

 A. **For Plaintiff David Lillie:**

Jan T. Aune
jaune@aunelaw.com
The Law Office of Jan T. Aune
444 East Huntington Dr., Ste. 325
Arcadia, California 91006

///

- 1 -

B.  **For Defendant ManTech International Corporation, Inc.:**

Alison N. Davis (Pro Hac Vice)
andavis@littler.com
Littler Mendelson PC
815 Connecticut Avenue NW
Suite 400
Washington, D.C. 20006-4046

Brian T. McLaughlin (Pro Hac Vice)
bmclaughlin@crowell.com
Crowell and Moring, LLP
1001 Pennsylvania Avenue NW
Washington D.C. 200004-2595

Jina Lee
Jllee@littler.com
Littler Mendelson, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071

Eric A. Cook
ecook@littler.com
Littler Mendelson, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071