UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID LILLIE,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>MANTECH INT'L CORP., a Delaware Corporation,<br><br>　　　　Defendant - Appellee,<br><br>　v.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY; et al.,<br><br>　　　　Movants. | No. 19-55891<br><br>D.C. No. 2:17-cv-02538-CAS-SS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

　　　The judgment of this Court, entered December 02, 2020, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By: Nixon Antonio Callejas Morales
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7